| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | DANIEL PASTOR (CABN 297948)<br>Assistant United States Attorneys |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6778
FAX: (415) 436-6982
daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 20-70840-MAG |
| Plaintiff, | ) ) | **STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER RULE 5.1 AND THE SPEEDY TRIAL ACT; [PROPOSED] ORDER** |
| v. | ) ) | |
| GREGORY MASZTAL, | ) ) | |
| Defendant. | ) ) ) | |

On June 26, 2020, the Court conducted an initial appearance for Gregory Masztal, who stands charged by Complaint with possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii). On July 21, 2020, Mastzal was released on bond.

The parties are engaged in discussions about the possibility of a pre-Indictment resolution to this matter, and the government has produced initial discovery to the defendant, which the defense is reviewing.

Therefore, the parties hereby stipulate and agree that:

1. The status conference set for September 17, 2020 should be continued to October 8, 2020.

STIP AND PROPOSED ORDER            1                              v. 7/10/2018

2. Taking into account the public interest in the prompt disposition of criminal cases, there is good cause to extend the time limits under Federal Rule of Criminal Procedure 5.1 due to the parties' continuing discussion of a pre-Indictment resolution of this matter and defense counsel's review of discovery.

3. In addition, the time between September 17, 2020 and October 8, 2020, inclusive, should be excluded under the Speedy Trial Act because failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. *See id.* § 3161(h)(7)(A). Accordingly, the period of September 17, 2020 through October 8, 2020, inclusive, should be excluded in computing the time within which an information or indictment must be filed under 18 U.S.C. § 3161(b).

IT IS SO STIPULATED.

DATED: September 15, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____/s/_____
DANIEL PASTOR
Assistant United States Attorney

DATED: September 15, 2020

_____/s/_____
JOANNA SHERIDAN
Counsel for Defendant Gregory Masztal

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the time limits for conducting a preliminary hearing pursuant to Federal Rule of Criminal Procedure 5.1 are tolled from September 17, 2020 through October 8, 2020.

The Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 (the Speedy Trial Act) for the period from September 17, 2020 through October 8, 2020, is warranted because a failure to grant the requested exclusion and continuance would also unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in the filing of an information or indictment within the time period set forth in 18 U.S.C. § 3161(b).  18 U.S.C. § 3161(h)(7)(A).

The status conference previously scheduled for September 17, 2020, is continued to October 8, 2020 at 10:30 a.m. before the duty magistrate judge.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  September 16, 2020

HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge